# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** **KYLE JOHNSON,** | : | Case No. 12-55193 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor KYLE JOHNSON by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

KYLE JOHNSON
678 East Jeffrey Place
Columbus, Ohio 43214-1829

Respectfully submitted,

Dated: 04 May 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:    614.444.5290
Fax:    614.444.4446
markalbertherder@yahoo.com